Opinion issued October 31, 2002










In The

Court of Appeals

For The

First District of Texas

____________


NO. 01-02-00995-CV

____________


EDWARD TRUNCELLITO, Appellant


V.


CHARLES VARSEL, SHIRLEY VARSEL, DEBORAH VARSEL, 

DUSTIN A. STONE AND HEATHER S. STONE, Appellees






On Appeal from the 11th District Court

Harris County, Texas

Trial Court Cause No. 2000-17502






O P I N I O N

 The Appellant has filed a motion to dismiss this appeal. No opinion has issued. 
Accordingly, the motion is granted, and the appeal is dismissed with prejudice. Tex.
R. App. P. 42.1(a).

 

 All other pending motions in this appeal are denied as moot. The Clerk is
directed to issue mandate within 10 days of the date of this opinion. Tex. R. App. P.
18.1.

 The appellate filing fee of $125 having not been paid, it is further ORDERED,
if all or part of the costs are collected, that the trial court clerk remit to the appellate
court clerk such $125 filing fee. Tex. R. App. P. 51.1(b).

PER CURIAM

Panel consists of Justices Mirabal, Hedges, and Keyes

Do not publish. Tex. R. App. P. 47.